PEOPLE *v.* CARROLL *et al.*

*(Common Pleas of New York City and County, General Term.  December 5, 1892.)*

Application by John Carroll and another to remit forfeiture of a recognizance.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*DeLancy Nicoll*, for the People.  *I. A. O'Gorman*, for defendants.

DALY, C. J.  Notice of this application has not been given to the district attorney, as required by rule 13 of this court.  The application may be renewed upon such notice, and with proof, by certificate from the proper office, of the marriage of the prisoner and the complainant.

———

SPRAGUE *v.* BARTHOLDI HOTEL CO.

*(Superior Court of New York City, General Term.  October 24, 1892.)*

Action by Daniel J. Sprague against the Bartholdi Hotel Company.
Argued before FREEDMAN and MCADAM, JJ.
*J. N. Hayes*, for plaintiff.  *Meyers & Anable*, for defendant.
No opinion.  The order appealed from should be affirmed, with $10 costs and disbursements.  See 3 N. Y. Supp. 829.

———

WORTHING CO. *v.* AVERY.

*(Superior Court of New York City, General Term.  October 24, 1892.)*

Action by the Worthing Company against Robert Avery.
Argued before FREEDMAN, MCADAM, and GILDERSLEEVE, JJ.
*Bloomfield Littell*, for plaintiff.  *J. F. Harrison*, for defendant.
No opinion.  Motion denied, without costs.

———

SEGGERMAN *v.* VALENTINE.

*(Superior Court of New York City, General Term.  October 24, 1892.)*

Action by Frederick Seggerman against Napoleon Valentine.
Argued before MCADAM and GILDERSLEEVE, JJ.
*Chas. Curie*, for plaintiff.  *John H. Parsons*, for defendant.
No opinion.  Motion denied, without costs.  See 19 N. Y. Supp. 711.

———

DEGENER, Respondent, *v.* UNDERWOOD *et al.*, Appellants.

*(Superior Court of New York City, General Term.  December 5, 1892.)*

Action by Frederick L. Degener against John T. Underwood and others.  See 7 N. Y. Supp. 681.
Argued before FREEDMAN, DUGRO, and GILDERSLEEVE, JJ.
*James A. Hudson*, for appellants.  *J. E. Ludden*, for respondent.

DUGRO, J.  The order granting an extra allowance is affirmed, with $10 costs.

———

DEGENER, Respondent, *v.* UNDERWOOD *et al.*, Appellants.

*(Superior Court of New York City, General Term.  December 5, 1892.)*

Action by Frederick L. Degener against John T. Underwood and others.
Argued before DUGRO and GILDERSLEEVE, JJ.
*James A. Hudson*, for appellants.  *J. E. Ludden*, for respondent.

DUGRO, J.  The order denying a motion to retax costs is affirmed, with $10 costs.

———

BRASSINGTON, Respondent, *v.* ROHRS, Appellant.

*(City Court of New York, General Term.  October 24, 1892.)*

Action by John D. Brassington against Frederick Rohrs on a promissory note.  See 20 N. Y. Supp. 659.
Argued before EHRLICH, C. J., and VAN WYCK and MCCARTHY, JJ.

MCCARTHY, J.  This is an appeal from an order striking out the first defense in defendant's answer as sham.  The second defense had already been demurred to, and the demurrer was sustained, thus leaving the first defense the only one in the action. From an inspection of this defense and the affidavits used on the motion by the plain-